# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:14-cv-01632- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

On April 16, 2014, the parties stipulated for Defendant to have an extension of time to prepare and file the administrative record. (Doc. 12.) The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time (Doc. 12) is **GRANTED**; and
2. Defendant **SHALL** file and serve the administrative record on or before **May 18, 2015**.

IT IS SO ORDERED.

Dated:  **April 17, 2015**                   **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE