**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET DAVIS, | Case No.: 1:14-cv-1632 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On June 21, 2016, Plaintiff Janet Davis and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d).  (Doc. 27)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**:   fees in the amount of $6,000.00 is **AWARDED** to Plaintiff, Janet Davis.

IT IS SO ORDERED.

Dated:   __June 28, 2016__                     _____/s/ Jennifer L. Thurston__
                                                                   UNITED STATES MAGISTRATE JUDGE

1